UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NOVASTERILIS, INC.,

    *Plaintiff,*

-vs-

PRECISION ALLOGRAFT SOLUTIONS, LLC,

    *Defendant.*

Civil Action No.
5:16-cv-00094-BKS-TWD

---

## STIPULATION OF DISCONTINUANCE

WHEREAS, the parties to this action have reached a settlement,

NOW THEREFORE,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the parties to this action, that whereas no party hereto is an infant, incompetent or person for whom a guardian has been appointed, that this action should be discontinued with prejudice, and that all parties shall bear their own attorney's fees and costs, including any costs on appeal. This Stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| **DATED:** November 15, 2016 | **DATED:** November 15, 2016 |
| **BARCLAY DAMON, LLP** | **HUSCH BLACKWELL LLP** |
| By: *[signature]* | By: *[signature]* |
| David G. Burch, Jr. (514487) | Denise L. Mayfield (519936) |
| Thomas Hoehner (515104) | Lyndsey J. Conrad (520129) |
| Kayla A. Arias (539590) | Philip D. Segrest |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Office and Post Office Address | Office and Post Office Address |
| One Park Place | 111 Congress Avenue, Suite 1400 |
| 300 South State Street | Austin, Texas 78701 |
| Syracuse, New York 13202 | Telephone: (512) 370-3413 |
| Telephone: (315) 425-2783 | |

12524391.1

**IT IS SO ORDERED.**

**DATED:**            , 2016
         Syracuse, New York

_____
United States District Judge